THOMAS E. FRANKOVICH (State Bar No. 074414)
JULIA M. ADAMS (State Bar No. 230795)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs
PATRICK CONNALLY
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　Plaintiffs,<br><br>v.<br><br>CENTO STELLE, INC., a California corporation; and ESBERN EDWARD ENEVOLD and MARGARET CHRISTINE ENEVOLD, as trustees of the ENEVOLD TRUST (1991),<br><br>　　Defendants. | **CASE NO. C04-3170 JSW**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES, by and through their counsel, and defendants CENTO STELLE, INC., a California corporation; and ESBERN EDWARD ENEVOLD and MARGARET CHRISTINE ENEVOLD, as trustees of the ENEVOLD TRUST (1991), by and through their counsel, stipulate to dismissal of this action in its entirety with prejudice

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1  pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and
2  General Release ("Agreement") herein, each party is to bear its own costs and attorneys'
3  fees. The parties further consent to and request that the Court retain jurisdiction over
4  enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375
5  (1994) (empowering the district courts to retain jurisdiction over enforcement of
6  settlement agreements).
7       Therefore, IT IS HEREBY STIPULATED by and between parties to this action
8  through their designated counsel that the above-captioned action be and hereby is
9  dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON     -2-

1  This stipulation may be executed in counterparts, all of which together shall
2  constitute one original document.
3
4  Dated: October 28, 2005       THOMAS E. FRANKOVICH
5                                *A PROFESSIONAL LAW CORPORATION*
6                                By: ___/s/_____
7                                    Julia M. Adams
                                  Attorneys for PATRICK CONNALLY and
8                                 DISABILITY RIGHTS ENFORCEMENT,
                                  EDUCATION SERVICES:HELPING YOU
9                                 HELP OTHERS

10 Dated: October 30, 2005       LAW OFFICE OF ROBERT J. BEGLEY
11
12                               By: ___/s/_____
                                     Robert J. Begley
13                               Attorneys for Defendants ESBERN EDWARD
                                 ENEVOLD and MARGARET CHRISTINE
14                               ENEVOLD, as trustees of the ENEVOLD
                                 TRUST (1991)
15
16 Dated: November 1, 2005       BRADLEY, CURLEY, ASIANO,
                                 BARRABEE & CRAWFORD, P.C.
17
18                               By: ___/s/_____
                                     Mark R. Gibson
19                               Attorneys for Defendant CENTO STELLE,
                                 INC., a California corporation
20
                                    **ORDER**
21
22   IT IS SO ORDERED.
23
24
25 Dated: November  2 , 2005
26                                _____
27                                Hon. Jeffrey S. White
                                  UNITED STATES DISTRICT JUDGE
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                    -3-